| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | MARC C. AMENT, Bar #59080<br>Assistant Federal Defender |
| 3 | Branch Chief, Fresno Office<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| 5 | Telephone: (559) 487-5561 |

FILED
JUN 2 1 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-oOo-

1:07CR-00103

UNITED STATES OF AMERICA,  )
                           )
        Plaintiff,          )   **APPLICATION AND ORDER**
                           )   **APPOINTING COUNSEL**
    v.                      )
                           )
SAMANTHA D. LAUX,           )
                           )
        Defendant.          )
_____ )

The defendant, Samantha D. Laux, through the Federal Defender for the Eastern District of California, hereby requests appointment of the Federal Defender as counsel.

The defendant submits the attached financial affidavit as evidence of her inability to obtain counsel. Also included is a copy of a letter provided by the U.S. Attorney's Office indicating that Ms. Laux is under investigation for allegedly engaging in, among other offenses, Theft of Government Money, in violation of 18 U.S.C. § 641.

Dated: July 31, 2006

_____
MARC C. AMENT
Assistant Federal Defender
Branch Chief, Fresno Office

# ORDER

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints the Federal Defender pursuant to 18 U.S.C. § 3006A.

Dated: August 8, 2006

DENNIS L. BECK
Chief United States Magistrate Judge